IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PROPHET JAMES OLIVER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNIS CIOLLI, )<br>JOHN CIOLLI, and )<br>TED SARNO, )<br>)<br>Defendants. ) | 1:07CV698 |

**O R D E R**

On October 12, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections to the Recommendation within the time limit prescribed by Section 636.

The Court has reviewed Plaintiff's objections de novo and finds they do not change the substance of the United States Magistrate Judge's rulings which are affirmed and adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's request to proceed as a pauper is denied and that this action is dismissed pursuant to 28 U.S.C. § 1915(e) for being frivolous and/or for failing to state a claim upon which relief may be granted.

This the day of December 13, 2007

    /s/ N. Carlton Tilley, Jr.
United States District Judge