IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PROPHET JAMES OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:07CV698 |
| ) | |
| DENNIS CIOLLI, ) | |
| JOHN CIOLLI, and ) | |
| TED SARNO, ) | |
| ) | |
| Defendants. ) | |

## J U D G M E N T

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's request to proceed as a pauper is denied and that this action is dismissed pursuant to 28 U.S.C. § 1915(e) for being frivolous and/or for failing to state a claim upon which relief may be granted.

This the day of December 13, 2007

                                                 /s/ N. Carlton Tilley, Jr.
                                               United States District Judge